**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**
**CAMDEN VICINAGE**

|  |  |  |
|---|---|---|
| ANTHONY KUCZEWSKI, | : | |
| | : | |
| Plaintiff, | : | Civil No. 12-43 (RMB) |
| | : | |
| v. | : | |
| | : | **ORDER** |
| COMMISSIONER OF SOCIAL SECURITY, | : | |
| | : | |
| Defendant. | : | |
| | : | |

THIS MATTER having come before the Court upon Plaintiff's appeal of the Commissioner of Social Security's final decision denying his application for disability insurance benefits under Title II of the Social Security Act; and

THIS COURT HAVING considered the record and the submissions of the parties; and

FOR THE REASONS stated in the Opinion issued this date;

IT IS on this <u>**12th**</u> day of <u>**March 2013**</u> hereby:

**ORDERED** that the ALJ's decision is VACATED, and this case is REMANDED to the ALJ for further consideration consistent with this Court's Opinion; and it is further

1

**ORDERED** that the Clerk of Court shall close this file.


                              s/Renée Marie Bumb
                              RENÉE MARIE BUMB
                              UNITED STATES DISTRICT JUDGE